
ORIGINAL

1  patrickalvarezinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00047 |
| Plaintiff, | **INFORMATION** |
| | **ASSIMILATIVE CRIMES ACT -** |
| vs. | **UNLAWFUL TAKING OF WILDLIFE** |
| | [18 U.S.C. §§ 7(3) & 13] |
| PATRICK S. ALVAREZ, | **(Misdemeanor)** |
| | **ENTERING MILITARY PROPERTY** |
| Defendant. | [18 U.S.C. § 1382] |
| | **(Misdemeanor)** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

### ASSIMILATIVE CRIMES ACT - UNLAWFUL TAKING, POSSESSION, OR TRANSPORTATION OF WILDLIFE

On or about July 4, 2005, in the District of Guam, the defendant, PATRICK S. ALVAREZ, at a place within the special maritime and territorial jurisdiction of the United States, namely Andersen Air Force Base, Guam, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and unlawfully take wildlife, to wit: deer or wild pigs with an artificial light in violation of Title 5, Guam Code Annotated, Section 63121 and 63125, and Title 18, United States Code, Sections 7(3) and 13.

1

## COUNT 2

### ENTERING MILITARY PROPERTY

On or about July 4, 2005, in the District of Guam, the defendant, PATRICK S. ALVAREZ, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in conduct in violation of Title 16, United States Code, Section 3372(a)(3)(A) and (4), and Title 5 Guam Code annotated, Section 63121 and 63125, in violation of Title 18 United States Code, Section 1382.

Dated this ____ day of September 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
For JOSEPH TOCK
Special Assistant U.S. Attorney

2

**Criminal Case Cover Sheet**            **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __MG0500047__
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes _____ No

Defendant Name _____Patrick S. Alvarez_____

Alias Name _____

Address _____P.O. Box 8581_____

_____Tamuning, GU 96931_____

Birthdate _____ SS# __4339__ Sex __M__ Race __PI__ Nationality __Chamorro__

**RECEIVED**

SEP 1 2 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Joseph Tock__

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 7(3) & 13 | Assimilative Crimes Act - Unlawful Taking of Wildlife | 1 |
| Set 2 | 18 USC 1382 | Entering Military Property | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __12 Sep 05__    Signature of AUSA: __[signature]__