ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

1  patalvarezmot

2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00047 |
| Plaintiff. | ) ) ) | **UNITED STATES' REQUEST** |
| vs. | ) ) | **FOR ISSUANCE OF SUMMONS AND ORDER** |
| PATRICK S. ALVAREZ, | ) ) | |
| Defendant. | ) ) | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, PATRICK S. ALVAREZ, based on an Information charging the defendant with one count of Assimilative Crimes Act - Unlawful Taking of Wildlife as a misdemeanor in violation to Title 18, United States Code, Sections 7(3) and 13 and one count of Entering Military Property as a misdemeanor in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 12th day of September 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
For JOSEPH TOCK
Special Assistant U.S. Attorney