patalvarezmot

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

SEP 13 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00047 |
| Plaintiff. | **ORDER FOR ISSUANCE OF SUMMONS** |
| vs. | |
| PATRICK S. ALVAREZ, | |
| Defendant. | |

IT IS SO ORDERED that a summons will be issued for the above-named defendant.

9/13/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL