

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005 ᵀᴾ
**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>**PATRICK S. ALVAREZ,**<br><br>　　　　Defendant. | MAGISTRATE CASE NO. **05-00047**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 13, 2005.

Dated this 22nd day of September, 2005.

_____
JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM