# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Patrick S. Alvarez, <br><br> Defendant. | Case No. 1:05-mj-00047 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order and Order Setting Condition of Release filed September 22, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *September 23, 2005* | *September 23, 2005* | *September 23, 2005* *(Order Setting Conditions of Release Only)* | *September 23, 2005* *(Order Setting Conditions of Release Only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

 *Appointment Order, Trial Order and Order Setting Condition of Release filed September 22, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 23, 2005                                         /s/ Marilyn B. Alcon

Deputy Clerk