JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PATRICK S. ALVAREZ



FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00047 |
| | ) | |
| Plaintiff, | ) | MOTION TO SCHEDULE CHANGE OF |
| | ) | PLEA HEARING AND VACATE TRIAL |
| vs. | ) | DATE; CERTIFICATE OF SERVICE |
| | ) | |
| PATRICK S. ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, PATRICK S. ALVAREZ, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a time for defendant's change of plea from not guilty to plea of guilty and to vacate the trial date currently scheduled for November 21, 2005. There is no written plea agreement in this case.

DATED: Mongmong, Guam, November 15, 2005.

JOHN T. GORMAN
Attorney for Defendant
PATRICK S. ALVAREZ

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 15, 2005:

JOSEPH TOCK
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, November 15, 2005.

RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
PATRICK S. ALVAREZ