JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PATRICK S. ALVAREZ
FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00047 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER re |
| | ) MOTION TO SCHEDULE CHANGE OF |
| PATRICK S. ALVAREZ, | ) PLEA HEARING |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is scheduled for Friday, November 18, 2005, at 9:45 a.m.

DATED: Hagatna, Guam, November 15, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL