```
patrickalvarezpsr
```

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America


ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK S. ALVAREZ,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 05-00047<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

　　　Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

　　　Respectfully submitted this 24th day of January 2006.

　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　　　　　By: /s/ (signature)
　　　　　　　　　　　　　　　　　For JOSEPH TOCK
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney


Case 1:05-mj-00047　　Document 14　　Filed 01/24/2006　　Page 1 of 1