

**FILED**
DISTRICT COURT OF GUAM
MAR 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.  MJ-05-00047          DATE: March 13, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge    Law Clerk: None Present
Court Recorder: Marilyn Alcon                          Courtroom Deputy: Marilyn Alcon
Hearing Electronically Recorded: 9:56:24 - 10:20:34    CSO: J. Lizama/L. Ogo.

* * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:  PATRICK S. ALVAREZ**                  **ATTY:  JOHN GORMAN**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPETTA                  AGENT:

U.S. PROBATION: Carmen O'Mallan                 U.S. MARSHAL: None Present

INTERPRETER: _____            LANGUAGE: _____

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:         Total offense level:        Criminal History Category: V

     NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT
Mr. Gorman stated that the parties agreed to a sentence of 1 year probation with no fine or community service.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Adopted probation's sentencing recommendation.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS:

The Court stated that the offense is a Class B Misdemeanor.

Government requested to the Court that the defendant be barred from entering Andersen Air Force Base while on probation. No objection . Government's request is GRANTED. Government moved the Court to dismiss Count 2 without prejudice - GRANTED.

SENTENCE:   MJ-05-00047                DEFENDANT:  PATRICK S. ALVAREZ

( X )   DEFENDANT SENTENCE TO PROBATION FOR A TERM OF __TWO YEARS__.

(   )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

(   )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF _____.

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. §3561.

4. DEFENDANT SHALL BE ASSESSED FOR SUBSTANCE OR ALCOHOL ABUSE. IF IT IS DETERMINED THAT HE IS IN NEED OF TREATMENT, HE SHALL PARTICIPATE IN A SUBSTANCE ABUSE PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY, WHICH WILL INCLUDE NOT MORE THAN EIGHT DRUG TESTS AND FOUR BREATHALYSERS PER MONTH FOR THE DETECTION OF SUBSTANCE ABUSE. THE DEFENDANT SHALL ALSO MAKE A PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT.

   IT IS FURTHER ORDERED THAT THE DEFENDANT PAY A $500.00 FINE TO THE UNITED STATES, WHICH IS TO BE PAID IMMEDIATELY AFTER SENTENCING. IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $10.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

   COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: _____