JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

FILED

DISTRICT COURT OF GUAM

MAR 14 2006 *P*

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
PATRICK ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00047 |
| | ) | |
| Plaintiff, | ) | ORDER TO RETURN PASSPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICK ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the defendant's passport heretofore turned over to

the Clerk of Courts as a condition of his release be released to the defendant.

DATED: Hagatna, Guam, __3/14/2006__.


The Honorable JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

# ORIGINAL