FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

FILED
DISTRICT COURT OF GUAM
MAR 20 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           Plaintiff, )<br>                         )<br>      vs. )<br>                         )<br>PATRICK S. ALVAREZ )<br>           Defendant. )<br>_____) | MAGISTRATE CASE NO. 05-00047<br><br>**APPLICATION FOR<br>RELEASE OF PASSPORT** |

COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned case and requests for the release of the U.S. Passport Number 120988108 to the defendant, Patrick S. Alvarez. The passport was released to the U.S. Probation Office for transmission to the U.S. Department of State. The defendant is currently serving a two year term of probation.

Dated this _19th_ day of March 2007.

                                                 /s/ Rossanna Villagomez-Aguon
                                               ROSSANNA VILLAGOMEZ-AGUON
                                               U.S. Probation Officer

ORIGINAL